IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN V. BOGUE,

       Plaintiff,                     No. CIV S-09-0447 GGH P

      vs.

M. WIEGEL,

       Defendant.               <u>ORDER</u>

_____/

       On July 9, 2009, plaintiff filed a letter with the court. On July 23, 2009, plaintiff filed an amended complaint. This civil rights action was closed on June 30, 2009. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: August 17, 2009

                                                    /s/ Gregory G. Hollows

                                            UNITED STATES MAGISTRATE JUDGE

bog447.ord